IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JAVAN MCQUEEN | § | |
| v. | § | CIVIL ACTION NO. 9:05cv145 |
| COMMISSIONER, SOCIAL SECURITY | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition.

Plaintiff filed objections. This Court has made a *de novo* review of Plaintiff's objections and determined that the objections lack merit except that Plaintiff points out that the Report and Recommendation mistakenly states that in Plaintiff's administrative documents he denied that he attended special education classes in school (citing *Tr*. at 75). Plaintiff correctly points out that the cited administrative record shows his indication that he attended special education classes in school.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED**; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED** this the **14** day of **September, 2007.**

_____
Thad Heartfield
United States District Judge